# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HOWARD SEIGLE,

V.

P.N. FINANCIAL INC., an Illinois corporation; and NELSON MACWAN, individually and as President of P.N. FINANCIAL INC.

CASE NUMBER: 1:12-cv-00456

ASSIGNED JUDGE: Hon. Ronald A. Guzman

DESIGNATED MAGISTRATE JUDGE: Hon. Martin C. Ashman

TO: (Name and address of Defendant)

Nelson Macwan
7330 N. Cicero Ave., Ste. 219
Lincolnwood, IL 60712

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel J. Marovitch
Marovitch Law Firm, LLC
233 S. Wacker Dr., 84th Floor
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

THOMAS G. BRUTON, CLERK

~~THOMAS G. BRUTON, CLERK~~
(By) DE*I*



(By) DEPUTY CLERK

DATE

January 23, 2012

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 1-24-12 |
| NAME OF SERVER (PRINT) Gary McNamara | TITLE driver |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 7330 N Cicero Ave suite 111 Lincolnwood IL 60712

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-24-12
Date

Signature of Server: *Gary McNamara*

Address of Server: 485 N Milwaukee Ave Chicago IL 60654

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.